IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-281-D
No. 5:16-CV-758-D

| AMANUEL S. BEYENE, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On June 5, 2017, Amanuel S. Beyene filed a motion for reconsideration and asked the court to reconsider its order denying him relief under 28 U.S.C. § 2255. See [D.E. 89]; cf. [D.E. 87]. The motion for reconsideration [D.E. 89] lacks merit and is DENIED.

SO ORDERED. This 7 day of July 2017.

JAMES C. DEVER III
Chief United States District Judge