IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-281-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMANUEL S. BEYENE, | ) | |
| | ) | |
| Defendant. | ) | |

On November 2, 2020, Amanuel S. Beyene ("Beyene" or "defendant") moved for compassionate release. See [D.E. 98]. On April 1, 2021, the United States responded in opposition. See [D.E. 104]. On June 10, 2022, the Bureau of Prisons released Beyene. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Amanuel S. Beyene") (last visited June 13, 2022). In light of defendant's release, the court DISMISSES AS MOOT defendant's motion for compassionate release [D.E. 98].

SO ORDERED. This 1̲3̲ day of June, 2022.

JAMES C. DEVER III
United States District Judge